E-FILING

1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

**FILED**

4  Attorneys for the United States

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7  SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,            )   CRIMINAL NO. 08-mj-70198HRL
9          Plaintiff,                    )
                                         )
10      v.                               )   NOTICE OF PROCEEDINGS ON
                                         )   OUT-OF-DISTRICT CRIMINAL
11  George H. Wilkins                    )   CHARGES PURSUANT TO RULES
                                         )   5(c)(2) AND (3) OF THE FEDERAL RULES
12          Defendant.                   )   OF CRIMINAL PROCEDURE
                                         )
13                                       )
                                         )
14
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15
    Procedure that on _____, the above-named defendant was arrested based upon an
16
    arrest warrant (copy attached) issued upon an
17
        ☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other _Violation Notice_
18
    pending in the _Western_ District of _Washington_ Case Number _V081201_.
19
        In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code,
20
    Section(s) ____.
21
    Description of Charges: _Weapons Possession_.
22

23
                                                Respectfully Submitted,
24                                              ~~SCOTT SCHOOLS~~ JOSEPH P. RUSSONIELLO
                                                UNITED STATES ATTORNEY
25  Date: 4/4/08
                                                _____
26                                              Assistant U.S. Attorney

27

28

                                                1

9996501

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT ORIGINAL
Western District of Washington

UNITED STATES OF AMERICA,

v.

GEORGE H WILKINS

**WARRANT FOR ARREST**

V681201/WW40

TO: The United States Marshal
and Any Authorized United States Officer

You are hereby commanded to arrest **GEORGE H WILKINS** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint _X_ Violation Notice __ OTHER

Charging him or her with (brief description of offense):

FAILURE TO APPEAR AS DIRECTED March 16, 2005 BEFORE THE HONORABLE MONICA J. BENTON ON CHARGE(S) OF:

WEAPONS POSSESSION

Donna Smith, Deputy Clerk
Name of Issuing Officer
MJB

Signature of Issuing Officer

March 29, 2005 at Tacoma, WA
Date and Location

Bail fixed at $ _____     __ by _____

RECEIVED UNITED STATES MARSHAL
2005 APR -1 A 8: 15
WESTERN DISTRICT OF WASHINGTON (B6)
SEATTLE, WASHINGTON

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# United States District Court
## Violation Notice

| | |
|---|---|
| Loc Code | WW40 |
| Violation No | V681201 |
| Post Office Name | Richmond Park |
| Citation No | 2952 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 11-2-04 / 1103 HRS | 36 CFR 2.18(b)(3?) |

**Place of Offense:** Bremerton Naval Base 133

**Offense Description:** Possession of knives with blade length exceeding 3 inches.

### Defendant's Last Name
Wilkins

### First Name
George

**M I:** H

**Street Address:** 820 Phillips Rd SW #65

**City:** Lakewood

**State:** WA  **Zip:** 98498

**D.O.B:** 8-3-1947

**Drvr's License No:** 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

**VEHICLE DESCRIPTION**

A ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

☐ I wish to terminate this matter by paying the collateral shown below enclosed
☐ I plead not guilty and promise to appear as required

**Court Address:** DISTRICT COURT
1717 PACIFIC AVE
TACOMA WA 98402

**Collateral (Fines):** $150.00

For payment by credit card, SEE INSTRUCTIONS

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **2 November 2004** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**:

While searching subject Wilkins George H in Bremerton PD the alleged assailant that occurred at the Bremerton Lake at Medical Center Bldg 133 Bremerton Rd Occupied of Phillips Rd, Lakewood. Three knives were taken from Wilkins's left front pocket of his jacket. The blade was later measured with a ruler to be 3 inches in length.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **2 November 2004**

Probable cause has been stated for the issuance of a warrant.

Executed on: _____