**FILED**

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE H. WILKINS, ) <br> ) <br> Defendant. ) <br> ) | No. CR 08-70198 HRL <br><br> **ORDER OF DISMISSAL** |

GOOD CAUSE APPEARING, and upon motion of the Government to dismiss case IT IS HEREBY ORDERED that this case be dismissed and that the defendant, George H. Wilkins be released immediately.

Dated: April 4, 2008

HOWARD R. LLOYD
United States Magistrate Judge

Order to Dismiss                                1